

# THE STATE OF TEXAS
## MANDATE

TO THE COUNTY COURT OF LAMAR COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 10th day of December, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Gary Neil Carroll, Appellant

No. 06-14-00176-CR

v.

Trial Court No. 61897

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for lack of jurisdiction over this appeal.  Therefore, we dismiss the appeal.

We note that the appellant, Gary Neil Carroll, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 6th day of February, A.D. 2015.

DEBRA K. AUTREY, Clerk